**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE LOPEZ GOMEZ,<br>Petitioner,<br>v.<br>TODD M. LYONS, et al.,<br>Respondents. | CASE NO. 2:26-cv-09172-SK<br><br>**ORDER CONDITIONALLY GRANTING HABEAS PETITION (BOND HEARING)** |

Petitioner, a native and citizen of Honduras detained at the Adelanto Detention Facility, "seeks a writ of habeas corpus requiring that he be released unless Respondents provide a bond hearing under [8 U.S.C.] § 1226(a) . . . ." (ECF 1 at 3). So understood, the petition under 28 U.S.C. § 2241 is CONDITIONALLY GRANTED. *See Rodriguez Vazquez v. Bostock*, No. 25-6842, 2026 WL 2196424, at *3 (9th Cir. July 30, 2026) ("aliens present without admission who are apprehended in the interior of the United States are subject to the detention regime of § 1226, not § 1225(b)(2)(A)"); *see also Jennings v. Rodriguez*, 583 U.S. 281, 306 (2018) ("Federal regulations provide that aliens detained under § 1226(a) receive bond hearings at the outset of detention.").

Respondents are thus ORDERED to release Petitioner **Jose Lopez Gomez** (**A# 246-062-073**) within 7 days of this order, unless he is provided an individualized custody redetermination hearing before an immigration judge in accordance with 8 U.S.C. § 1226(a) and all agency regulations implementing § 1226(a). *See Rodriguez Vazquez*, 2026 WL

2196424, at *5 ("A § 1226(a) detainee will be released on bond if he demonstrates by a preponderance of the evidence that he is not a flight risk or a danger to the community.").

IT IS SO ORDERED.

DATED: August 20, 2026

HON. STEVE KIM
United States Magistrate Judge