JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE LOPEZ GOMEZ,<br>Petitioner,<br>v.<br>TODD M. LYONS, et al.,<br>Respondents. | CASE NO. 2:26-cv-09172-SK<br>**JUDGMENT** |

Pursuant to the Order Conditionally Granting Petition (Bond Hearing), IT IS ADJUDGED that Petitioner **Jose Lopez Gomez** (**A# 246-062-073**) is to be released within 7 days of this order, unless he is provided an individualized custody redetermination hearing before an immigration judge in accordance with 8 U.S.C. § 1226(a) and all agency regulations implementing § 1226(a).

DATED: August 20, 2026

HON. STEVE KIM
United States Magistrate Judge