**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JOSE LOPEZ GOMEZ,
Petitioner,
v.
TODD M. LYONS, et al.,
Respondents.

CASE NO. 2:26-cv-09172-SK

**ORDER REQUIRING COMBINED RESPONSE TO PETITIONER'S MOTION TO ENFORCE JUDGMENT OR REOPEN CASE**

Respondents are ordered to file a combined response to petitioner's motion to enforce judgment (ECF 7) or to reopen case (ECF 8) by no later than 9 AM PT on September 11, 2026, unless the parties stipulate to a later deadline based on good cause (including the time needed to comply with this order). Respondents' combined response must attach a certified transcript of the August 26, 2026 bond hearing or lodge an authenticated copy of the digital audio recording of that hearing. Petitioner's reply to that response must be filed within 3 days of receipt. Alternatively, the parties may stipulate to an order enforcing the conditional writ entered on August 20, 2026 and releasing petitioner from custody.

IT IS SO ORDERED.

DATED: September 3, 2026

HON. STEVE KIM
United States Magistrate Judge